**Order entered April 23, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-19-01545-CV

**IN THE MATTER OF DEMPSTER A. ROSS**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02315-2019**

**ORDER**

The reporter's record in this appeal is overdue. Accordingly, we **ORDER** Destiny M. Moses, Official Court Reporter for the 416th Judicial District Court, to file the record, or written verification no record of the trial court proceedings was taken, no later than May 8, 2020. Because appellant filed a statement that he is unable to pay costs, and nothing in the record reflects the trial court has ordered him to pay costs, any record shall be filed without payment of costs. *See* TEX. R. CIV. P. 145(a).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Moses and the parties.

/s/    ROBERT D. BURNS, III
         CHIEF JUSTICE